IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hardman, Vincent B

Printed: 01/29/09

Case Number: 08 B 24369
Judge: Wedoff, Eugene R
Filed: 9/15/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: December 18, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 4. | CarMax Auto Finance | Secured | 9,456.00 | 0.00 |
| 5. | Countrywide Home Loans Inc. | Secured | 5,953.36 | 0.00 |
| 6. | Commonwealth Edison | Unsecured | 70.67 | 0.00 |
| 7. | Illinois Student Assistance Commission | Unsecured | 1,879.34 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 3,229.13 | 0.00 |
| 9. | CarMax Auto Finance | Unsecured | 4.19 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 1,204.32 | 0.00 |
| 11. | Nicor Gas | Unsecured | 200.64 | 0.00 |
| 12. | Jefferson Capital Systems LLC | Unsecured | 195.96 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 1,048.44 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 516.79 | 0.00 |
| 15. | First USA Bank/Lomas Bank | Unsecured |  | No Claim Filed |
| 16. | HSBC | Unsecured |  | No Claim Filed |
| 17. | Payday Loan | Unsecured |  | No Claim Filed |
| 18. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 19. | Meridian Financial Serv | Unsecured |  | No Claim Filed |
|  |  |  | $ 23,758.84 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---:|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Hardman, Vincent B | Case Number:  08 B 24369 |
| | Judge:  Wedoff, Eugene R |
| Printed: 01/29/09 | Filed:  9/15/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

